**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ILDA SOFIA RAMIREZ SANTOS, and Y.J.C.R., a minor,

Plaintiffs,

v.

CARRIE M. SELBY, Acting Associate Director, Service Center Operations Directorate, U.S. Citizenship and Immigration Services, JOSEPH B. EDLOW; Director, U.S. Citizenship and Immigration Services, and MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Defendants.

Civil Action No.
8:26-cv-00738 (FJS/DJS)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel of record for all parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, this action shall be dismissed and discontinued without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), without costs to any party.

Dated: October 30, 2026

By: /s/ Benjamin Vernon
Benjamin Vernon
Hiscock Legal Aid Society
351 South Warren Street
Syracuse, NY 13202
*Attorneys for Plaintiffs*

Dated: October 30, 2026

TODD BLANCHE
Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: *s/ Alexis M. Osborne*
Alexis M. Osborne
Assistant United States Attorney
Bar Roll No. 707475
*Attorneys for Defendants*

IT IS SO ORDERED.

Frederick J. Scullin, Jr.
Senior United States District Judge

Date: November 6, 2026